USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ELVIS CIRIKOVIC,  :
:
                        Petitioner,  :     21-CV-10785 (VEC)
:
      -against-  :     ORDER
:
THOMAS DECKER, in his official capacity as  :
Field Office Director, New York City Field Office, :
U.S. Immigration & Customs Enforcement;  :
ALEJANDRO MAYORKAS, in his official  :
capacity as Secretary, U.S. Department of  :
Homeland Security; and MERRICK GARLAND,  :
in his official capacity as Attorney General, U.S.  :
Department of Justice,  :
:
                      Respondents.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 16, 2021, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, *see* Dkt. 1;

      IT IS HEREBY ORDERED that the Government must file its opposition, if any, by **January 7, 2022**.  Petitioner's reply is due by **January 14, 2022**.

**SO ORDERED.**

**Date:  December 17, 2021**
       **New York, New York**
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**